PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 19 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Juan Raul Portillo        Case Number: 2:96CR00124-001

Name of Sentencing Judicial Officer:  The Honorable Justin L Quackenbush

Date of Original Sentence: 9/27/1996         Type of Supervision:

Original Offense: Kidnapping, 18 U.S.C. § 1201        Date Supervision Commenced: May 5, 2005

Original Sentence: Prison - 115 Months; TSR - 60 Months        Date Supervision Expires: May 4, 2010

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

1. The defendant shall not enter the state of Washington, including Benton and Franklin Counties without the prior written permission of the supervising U.S. Probation officer. If allowed to enter Washington State, the defendant shall carry the written authorization on his person at all times during the visit.

2. The defendant shall participate in mental health treatment program, which may include anger management, as approved by the probation officer.

### CAUSE

The above requested modification of conditions will assist the probation office in the District of Oregon monitor Mr. Portillo's compliance and assist with needed counseling. Please refer to the attached letter and waiver of hearing submitted by the District of Oregon.

Respectfully submitted,

by  /s/ Richard B. Law

Richard B. Law
U.S. Probation Officer
Date: August 18, 2005

Prob 12B
Re:  Portillo, Juan Raul
August 18, 2005
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

_____8/19/05_____
Date