PROB 12B
(7/93)
Report Date: August 7, 2008

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 12 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Juan Raul Portillo     Case Number: 2:96CR00124-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush

Date of Original Sentence: 09/27/1996     Type of Supervision: Supervised Release

Original Offense: Kidnapping, in violation of 18 U.S.C. § 1201.     Date Supervision Commenced: 05/05/2005

Original Sentence: Prison - 115 Months; TSR - 60 Months     Date Supervision Expires: 05/04/2010

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

17. The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer.

18. The defendant shall authorize release to the U.S. Probation Officer any and all financial information by execution of a release of financial information form, or by any other appropriate means, as directed by the probation officer.

19. The defendant shall disclose all assets and liabilities to the probation officer. Defendant shall not transfer, sell, give away, or other wise convey any asset with a fair market value in excess of $500 without approval of the probation officer.

20. The defendant shall not make application for any loan, enter into any credit arrangement, or enter into any residential or business lease agreement without approval of the probation officer.

### CAUSE

On May 5, 2005, the offender was released from Federal custody to commence his supervised release status in the District of Oregon (D/OR). Mr. Portillo has been reporting to Senior U.S. Probation Officer (USPO), Ed Glover, in the Portland probation office.

USPO Glover indicates that while the offender has maintained full-time employment throughout the majority of his supervised release status, his payment toward his restitution obligation has been inconsistent. The offender made his last restitution payment in April of 2008. Additionally, USPO Glover recently discovered through the State of Oregon's Department of Motor Vehicles that Mr. Portillo purchased two vehicles through a financing company. The offender also recently purchased a janitorial company franchise.

Prob 12B
Re: Portillo, Juan Raul
August 7, 2008
Page 2

On July 2, 2008, Juan Portillo reported to the Portland probation office. The assigned officer expressed his concerns about the offender's securing financing to purchase two vehicles, as well as, purchasing a janitorial company franchise. The officer informed the offender that he wanted to have his conditions of supervised release modified to include financial conditions in order to better monitor Mr. Portillo's financial status. The offender requested additional time to discuss the matter with his wife and attorney.

On July 22, 2008, the offender met with USPO Glover in the probation office. The offender subsequently agreed to sign the attached probation form 49, "Waiver of Hearing to Modify Conditions of Supervised Release." The offender understands the rationale behind these added conditions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8-7-08

Brenda J. Kuest
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

August 12, 2008
Date